IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REMOVAL
## COURT MINUTES - CRIMINAL

BEFORE: STEVEN E. RAU
U.S. MAGISTRATE JUDGE

United States of America,

          Plaintiff,

v.

Clint E Rasschaert,

          Defendant.

| | |
|---|---|
| Case No: | 19-mj-332 SER |
| Date: | May 21, 2019 |
| Courthouse: | St. Paul |
| Courtroom: | 3C |
| Time Commenced: | 2:20 p.m. |
| Time Concluded: | 2:24 p.m. |
| Time in Court: | 4 minutes |

APPEARANCES:
    Plaintiff: Julie Allyn, Assistant U.S. Attorney
    Defendant: Lisa Lopez, Assistant Federal Public Defender
        X    FPD(provisionally)

X  Advised of Rights

on  X  misdemeanor
X Date charges or violation filed: 12/7/2016
X Current Offense: misdemeanor simple assault
X **Charges from other District:** Central District of California
X Title and Code of underlying offense from other District:   18:113(a)(4)
X Case no: CC41 6323480 & CC41 6323482

X **Bond set in the amount of $25,000.00 with conditions, see Order Setting Conditions of Release.**

First Appearance June 19, 2019 at 8:30 a.m. Roybal Courthouse at 255 E Temple Street, Los Angeles CA 90012

X Removal hearing waived
X Removal Order to be issued

Additional Information:

                                                                             s/ Janet Midtbo
                                                      Signature of Courtroom Deputy